UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-cr-00357-D-3

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| vs. | : | **ORDER TO SEAL** |
| | : | **[DOCKET ENTRY NUMBER 148]** |
| TYLER RAY WARING | : | |
| Defendant | : | |

Upon Motion of the defendant, it is hereby ORDERED that Docket Entry Number 148 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED**, this __6__ day of October 2020.

*/s/ Dever*

JAMES C. DEVER III
UNITED STATES DISTRICT COURT JUDGE